**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| TIMOTHY A. JOHNSON, | : | |
| Plaintiffs, | : | |
| vs. | : | 1:06-CV-8 (WLS) |
| REGINA WELLS, | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is a letter from Defendant stating that the parties have reached a settlement in the above-styled case. (Ltr.). Based upon the parties' representation, the Court hereby **ORDERS** the parties to file their dismissal document(s) **no later than Friday, September 22, 2006.** In the event the parties are unable to file said document(s) by that date, the parties shall instead file a written status report concerning the settlement documents.

Further, all pending motions, including, but not limited to, Plaintiff's motion to proceed *IFP* (Doc. No. 2), motion for *Quo Warranto* (Doc. No. 5), motion to dismiss (Doc. No. 6), motion for *Ad Inquiredum* (Doc. No, 12), motion to amend (Doc. No. 19), motion to certify class (Doc. No. 21), motion for permissive joinder (Doc. No. 22), motion for joinder (Doc. 23), motion for the judge to rule (Doc. No. 24), motion for the judge to read the pleadings and rule (Doc. No. 25), motion to add evidence in support of previously filed motions (Doc. No. 28) and, a motion for permissive joinder (Doc. No. 31) are **DENIED without prejudice as moot.**

**SO ORDERED**, this   6th   day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　／s／W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**

1